# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 27, 2013

## NO. 03-12-00384-CV

**R. L. M., Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 331ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's order:

**IT IS THEREFORE** considered, adjudged and ordered that the order of the trial court is reversed, and the cause is remanded for further proceedings. It **FURTHER** appearing to the Court that appellant is indigent and unable to pay costs, it is **FURTHER** ordered that no costs of appeal are assessed against appellant; and that this decision be certified below for observance.